799 F.2d 539
 JEFF D., et al., Plaintiffs-Appellants,
v.
John V. EVANS, et al., Defendants-Appellees.
 No. 83-3839.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 9, 1986.
 
 Charles Johnson, III, Johnson, Olson & Charetered, Pocatello, Idaho, for plaintiffs-appellants.
 James Wickham, Deputy Atty. Gen., Boise, Idaho, for defendants-appellees.
 Appeal from the United States District Court for the District of Idaho; Marion J. Callister, Chief Judge.
 Before SCHROEDER, FARRIS, and REINHARDT, Circuit Judges.
 
 
 1
 Prior report, 106 S.Ct. 1531, 89 L.Ed.2d 747 (1986).
 
 ORDER
 
 2
 Pursuant to the judgment of the United States Supreme Court of June 13, 1986, the order of the district court denying attorneys' fees is affirmed.